**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MITCHELL PYLES,<br>Petitioner,<br>v.<br>CYNTHIA ROJAS, WARDEN,<br>Respondent. | Case No. 5:26-cv-03139-SSS-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and the Court has not received any objections. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered DISMISSING THIS ACTION WITHOUT PREJUDICE for failure to exhaust state court remedies under 28 U.S.C. § 2254(b)(1)(A).

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

Judgment herein on Petitioner at Petitioner's current address of record, as well as all parties who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 15, 2026

SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE