JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MITCHELL PYLES,<br>Petitioner,<br>v.<br>CYNTHIA ROJAS, WARDEN,<br>Respondent. | Case No. 5:26-cv-03139-SSS-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 15, 2026

SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE